**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-2488

MARGARET STONER,

Petitioner,

versus

UNITED STATES MARINE CORPS/MCCS; DIRECTOR,
OFFICE OF WORKERS' COMPENSATION PROGRAMS,
UNITED STATES DEPARTMENT OF LABOR,

Respondents.

On Petition for Review of an Order of the Benefits Review Board.
(04-0245)

Submitted: April 29, 2005          Decided: May 26, 2005

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Margaret Stoner, Petitioner Pro Se. Mary L. Hostetter, UNITED
STATES MARINE CORPS, Quantico, Virginia; Michael John Denney,
UNITED STATES DEPARTMENT OF LABOR, Washington, D.C., for
Respondents.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Margaret Stoner seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of longshore disability benefits pursuant to 33 U.S.C. §§ 901-950 (2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. See Stoner v. United States Marine Corps., No. 04-0245 (BRB Nov. 18, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED